NO. 07-02-0002-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 20, 2002

_____

IN THE INTEREST OF ASHLEY BROOK WATTS, A CHILD

_____

FROM THE 46TH DISTRICT COURT OF WILBARGER COUNTY;

NO. 20,907; HONORABLE TOM A. NEELY, JUDGE

_____

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

On January 28, 2002, the appellant filed a Motion to Dismiss Appeal moving this court to withdraw appellant's Notice of Appeal and dismiss the appeal.

Without passing on the merits of the case, the appellant's Motion to Dismiss Appeal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1(a)(1). All costs are assessed against the party incurring the same.

Phil Johnson
Justice

Do not publish.